UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELALEUCA, INC., <br><br> Plaintiff, <br><br> v. <br><br> DARYL HANSEN, <br><br> Defendant. | Case No. CV 10-553-S-EJL <br><br> **JUDGMENT** |

Based upon this Court's Memorandum Order, entered herewith, and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that Plaintiff take nothing from the Defendant and this case is **DISMISSED IN ITS ENTIRETY**.

DATED: **April 15, 2011**

*[signature]*

Honorable Edward J. Lodge
U. S. District Judge

JUDGMENT - 1